| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ULYSSES T. WARE, §
        Plaintiff, §
versus §   CIVIL ACTION NO. 1:19-CV-116
KEITH F. GIBLIN, §
        Defendant. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Ulysses T. Ware, proceeding *pro se*, filed this lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the magistrate judge's Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions set forth in the magistrate judge's Report and Recommendation are correct and the report is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit pursuant to Federal Rule of Civil Procedure 41(b).

**Signed this date**
**Aug 16, 2019**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE